**Lori SULLIVAN dba Capuano–Sullivan Masonry, Respondent,**

v.

**SALVATION ARMY and Ronald A. Mather, dba R.A. Mather Construction Company, Appellant.**

**No. WD 52781.**

Missouri Court of Appeals, Western District.

April 15, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 27, 1997.

Lyle Louis Odo, Platte City, for Respondent.

R. Pete Smith, Anthony L. Gosserand, Kansas City, for Appellant.

Before BRECKENRIDGE, P.J., and SMART and EDWIN H. SMITH, JJ.

## ORDER

PER CURIAM.

Appellants appeal the judgment of the trial court awarding respondent a mechanic's lien claim of $18,189.05, with prejudgment interest thereon of 9% per annum from December 25, 1993.

Judgment affirmed. Rule 84.16(b).